1

2    Joseph D. Hampton

3    Brett W. Sommermeyer
      Gordon & Polscer, L.L.C.

4    1000 Second Avenue, Suite 1500
      Seattle, WA  98104

5    Telephone:   (206) 223-4226
      Facsimile:    (206) 223-5459

6

7

8

9

**The Honorable Lonny R. Suko**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

10

11    TECK COMINCO METALS LTD.,          )

12                        Plaintiff,     )

13           v.                          )

14    SEATON INSURANCE COMPANY           )

15    (f/k/a Unigard Security Insurance  )
       Company, f/k/a Unigard Mutual     )

16    Insurance Company), et al.,        )

17                        Defendants.    )

18

No. CV-05-411-LRS

STIPULATION AND
**[PROPOSED]** ORDER
EXTENDING ANSWER DATE
FOR DEFENDANT LOMBARD

          Plaintiff Teck Cominco Metals, Ltd. and Defendant Lombard General

19    Insurance Company of Canada, by and through their respective counsel, hereby

20    stipulate and agree that the subjoined order may be entered by the court, without

21    further notice to either party.

22

23

24

25

26

STIPULATION AND **[PROPOSED]** ORDER
EXTENDING ANSWER DATE FOR
DEFENDANT LOMBARD (CV-05-411-LRS) - 1

\\SDC01\All\Active Cases\01626\Pleadings\stip-order-extending-answer.doc

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1500
Seattle, WA  98104
(206) 223-4226

1  Dated this _____ day of January, 2006.      Dated this _____ day of January, 2006.
2  GORDON & POLSCER, L.L.C.                     JERRY MOBERG & ASSOCIATES

3

4
   By: _____ s/ Joseph D. Hampton _____    By: s/ Jerry J. Moberg (e-mail authority)
5     Joseph D. Hampton                            Jerry J. Moberg, WSBA No. 5282
6     WSBA No. 15297                            Attorneys for Plaintiff Teck Cominco
   Attorneys for Defendant Lombard              Metals Ltd.
7  General Insurance Company of Canada,
8  Inc.

9                                  **ORDER**

10          Defendant Lombard General Insurance Company of Canada ("Lombard")

11  need not answer plaintiff's complaint on file herein, or any amendment thereof,

12  until twenty days after the Court has ruled on motions to dismiss which the parties

13  currently anticipate the defendants will file on January 31, 2006.

14          In the event that this matter is remanded to the Superior Court of

15  Washington, this agreement shall survive such remand and Lombard's answer date

16  shall remain as set forth above, unless the Superior Court rules otherwise.

17          DATED this _____ day of _____, 2006.

18

19

20                                      _____
                                              United States District Court
21                                            Judge Lonny R. Suko

22

23

24

25

26

STIPULATION AND **[PROPOSED]** ORDER              **GORDON & POLSCER, L.L.C.**
EXTENDING ANSWER DATE FOR                         1000 Second Avenue, Suite 1500
DEFENDANT LOMBARD (CV-05-411-LRS) - 2                 Seattle, WA  98104
\\SDC01\All\Active Cases\01626\Pleadings\stip-order-extending-answer.doc      (206) 223-4226

1  Presented by:

2  GORDON & POLSCER, L.L.C.

3

4

5  By:_____/s_____Joseph D. Hampton_____
      Joseph D. Hampton, WSBA No. 15297
6      Brett W. Sommermeyer, WSBA No. 30003
7  Attorneys for Defendant Lombard General
   Insurance Company of Canada, Inc.
8  1000 Second Avenue, Suite 1500
9  Seattle, WA  98104
   Telephone:   (206) 223-4226
10 Facsimile:    (206) 223-5459
11 E-mail:  usdc-ed-wa@gordon-polscer.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND **[PROPOSED]** ORDER
EXTENDING ANSWER DATE FOR
DEFENDANT LOMBARD (CV-05-411-LRS) - 3
\\SDC01\All\Active Cases\01626\Pleadings\stip-order-extending-answer.doc

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1500
Seattle, WA  98104
(206) 223-4226

**CERTIFICATE OF SERVICE**

I, hereby certify that on January 17, 2006, I electronically filed the following:

- **Stipulation And [Proposed] Order Extending Answer Date For Defendant Lombard; and**

- **Certificate of Service.**

with the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Plaintiff*:
Gerald J. Moberg
Jerry Moberg & Associates
41 Diamond Drive
Ephrata, WA  98823

*Counsel for Defendant London Market Insurers:*
Robert L. Israel
Cathy A. Spicer
Gabriel Baker
Kathleen Nelson
Lane Powell P.C.
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101

*Counsel for Seaton Ins. Co.:*
Brad E. Smith
Ewing Anderson, P.S.
221 North Wall Street, Suite 500
Spokane, WA  99201-0824

STIPULATION AND **[PROPOSED]** ORDER
EXTENDING ANSWER DATE FOR
DEFENDANT LOMBARD (CV-05-411-LRS) - 4
\\SDC01\All\Active Cases\01626\Pleadings\stip-order-extending-answer.doc

GORDON & POLSCER, L.L.C.
1000 Second Avenue, Suite 1500
Seattle, WA  98104
(206) 223-4226

*Counsel for Defendant Continental Ins. Co.:*
Stephen H. Goodman
Graham & Dunn, P.C.
1420 Fifth Avenue, Suite 3300
Seattle, WA  98101

and I hereby certify that I have mailed by United States Postal Service the

document to the following non-CM/ECF participants:

*Counsel for Plaintiff*:
David F. Klein
Mark J. Plumer
Alexander J. Lathrop
Swidler Berlin LLP
The Washington Harbour
3000 K Street N.W., Suite 300
Washington, DC 20007

Dated this 17th day of January, 2006.

GORDON & POLSCER, L.L.C.


By:_____/s  Joseph D. Hampton_____
        Joseph D. Hampton, WSBA No. 15297
        Brett W. Sommermeyer, WSBA No. 30003
        Attorneys for Defendant Lombard General
        Insurance Company of Canada, Inc.
        1000 Second Avenue, Suite 1500
        Seattle, WA  98104
        Telephone:  (206) 223-4226
        Facsimile:    (206) 223-5459
        E-mail:  usdc-ed-wa@gordon-polscer.com

STIPULATION AND **[PROPOSED]** ORDER
EXTENDING ANSWER DATE FOR
DEFENDANT LOMBARD (CV-05-411-LRS) - 5

\\SDC01\All\Active Cases\01626\Pleadings\stip-order-extending-answer.doc

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1500
Seattle, WA  98104
(206) 223-4226