UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TECK COMINCO METALS LTD.; | Case No. 05-CV-0411-LRS |
| Plaintiff(s), | |
| v. | ORDER |
| SEATON INSURANCE COMPANY (f/k/a Unigard Security Insurance Company, f/k/a Unigard Mutual Insurance Company), et. al. | |
| Defendant(s). | |

Upon consideration of the motion by Plaintiff Teck Cominco Metals Limited ("TCML") to dismiss certain settling London Market Defendants with prejudice, the supporting premises, and any opposition thereto, the Court finds that the motion has merit. It is therefore

ORDERED that the motion is GRANTED. It is further

ORDERED that the defendant insurers comprising the "WFUM Companies" be, and hereby are, dismissed as defendants in this action, with prejudice, to the extent of their participation in liability insurance policies issued to TCML within the scope of the Schemes of Arrangement authorized pursuant to section 425 of the UK Companies Act 1985, which became effective on October 10, 2007 and, in the case of Sphere Drake Insurance Limited only, on November 6, 2007, between the WFUM Companies and their scheme creditors (as defined in the Schemes). A list of such defendants subject to this

1   Order is appended as an Exhibit to this Order.

                                    s/Lonny R. Suko
                                    _____
                                    United States District Judge

Dated: October 22, 2008

**EXHIBIT TO THE COURT'S ORDER**
**DATED SEPTEMBER __, 2008**

### WFUM Company Defendants Dismissed With Prejudice

Atlantic Mutual Insurance Company

The Cornhill Insurance Company, Limited

The Ocean Marine Insurance Company Limited, in its own right and with respect to the business transferred to it from Commercial Union Assurance Company Limited

Storebrand Insurance Company (U.K.) Limited

Taisho Marine & Fire Insurance Company (U.K.) Limited

The Tokio Marine & Fire Insurance Company (U.K.) Limited