# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TECK COMINCO METALS LTD.; | Case No. 05-CV-0411-LRS |
| Plaintiff(s), | |
| v. | ORDER |
| SEATON INSURANCE COMPANY (f/k/a Unigard Security Insurance Company, f/k/a Unigard Mutual Insurance Company), et. al. | |
| Defendant(s). | |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 12 2009

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Upon consideration of the motion by Plaintiff Teck Cominco Metals Limited ("TCML") to dismiss Seaton Insurance Company ("Seaton") with prejudice, the supporting premises, and any opposition thereto, the Court finds that the motion has merit. It is therefore

ORDERED that the motion is GRANTED. It is further

ORDERED that Seaton be, and it hereby is, dismissed as a defendant in this action, with prejudice.

_____
United States District Judge

Dated: 3/12/09