UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

TECK COMINCO METALS, LTD.,  )
                            )  No. CV-05-411-LRS
            Plaintiff,      )
                            )  **ORDER**
       vs.                  )
                            )
SEATON INSURANCE COMPANY,   )
et al.,                     )
                            )
            Defendants.     )
_____)

Upon consideration of the motion by Defendant Seaton Insurance Company ("Seaton") to dismiss Seaton's crossclaim with prejudice (Ct. Rec. 247), the supporting premises, and any opposition thereto, the Court finds that the motion has merit. It is therefore

**ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that Seaton's crossclaim against co-defendants Lloyd's of London and certain London Market Insurer's is dismissed, with prejudice.

**DATED** this  5th   of May, 2009.


                              *s/Lonny R. Suko*
                            _____
                              LONNY R. SUKO
                            United States District Judge

**ORDER**    1