The Honorable Lonny R. Suko

Jerry J. Moberg
JERRY MOBERG & ASSOCIATES
Attorneys at Law
451 Diamond Drive
Ephrata, Washington 98823
Telephone: (509) 754-2027

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 02 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

TECK METALS LTD.,              )
                               )
              Plaintiff,       ) Case No. CV-05-411-LRS
                               )
       v.                      )
                               ) [PROPOSED] ORDER
CERTAIN UNDERWRITERS AT LLOYD'S,) GRANTING TEMPORARY
LONDON AND CERTAIN LONDON      ) ANTI-ANTI-SUIT
MARKET INSURANCE COMPANIES,    ) INJUNCTION
                               )
              Defendants.      )
                               )

*The Court Adopts the record of the proceeding to day setting forth the reasons for this order.*

Upon consideration of the Plaintiff Teck Metals Ltd's ("TML's") Motion for Anti-Anti-Suit Injunction ("Motion") and any Opposition thereto, the Court finds it necessary to enter a temporary injunction to preserve its jurisdiction until it has had sufficient time to be more fully advised in the premises. It is therefore

ORDERED that the Court construes TML's Motion as one seeking entry of a temporary restraining order, and so construed, the Motion is GRANTED. It is further

ORDERED that effective until 1:00 p.m. Pacific Time on December 9, 2009, Defendant Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies ("London Insurers") hereby are ENJOINED:

[PROPOSED] ORDER GRANTING TEMPORARY
ANTI-ANTI-SUIT INJUNCTION - 1

OHS East:160612997.1
21470-3 DDK/DDK

JERRY MOBERG & ASSOCIATES
451 Diamond Drive
Ephrata, Washington 98823
Telephone (509) 754-2027

1)   from applying to any other court for an order, injunction, or any similar relief, that would bar TML from prosecuting this action, or any part of it, in this Court; and

2)   to withdraw any motion, pending in any other court at the time this Order is entered, applying for an order, injunction, or any similar relief, that would bar TML from prosecuting this action, or any part of it, in this Court.

THE COURT FURTHER NOTES that it is not the Court's intent by this Order to interfere with any proceeding that may be pending in any other jurisdiction with regard to matters that are also the subject of this litigation, but only to preserve the ability of this Court and of the parties to proceed with this litigation in this jurisdiction.

Dated: 12/2/09
*effective 1pm.*

_____
United States District Judge

*Endorsed as to date and time.*

[PROPOSED] ORDER GRANTING TEMPORARY
ANTI-ANTI-SUIT INJUNCTION - 2

OHS East:160612997.1
21470-3 DDK/DDK

JERRY MOBERG & ASSOCIATES
451 Diamond Drive
Ephrata, Washington 98823
Telephone (509) 754-2027

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

**Gabriel T Baker**
bakerg@lanepowell.com,vanburenh@lanepowell.com

**Robert Leon Israel**
israelr@lanepowell.com,woolettc@lanepowell.com,nelsonk@lanepowell.com,hokansonp@lanepowell.com,sheaffers@lanepowell.com,bakerg@lanepowell.com

**Jerry John Moberg**
jjmoberg@canfield-associates.com,dawnseverin@canfield-associates.com,shareenlaughlin@canfield-associates.com

**Mark J Plumer**
mplumer@orrick.com

**David F Klein**
dklein@orrick.com

**Alexander J Lathrop**
alathrop@orrick.com,scruzado@orrick.com,tgrosko@orrick.com

**Kathleen A Nelson**
nelsonk@lanepowell.com,hooperl@lanepowell.com

**Cathy Spicer**
spicerc@lanepowell.com,woolettc@lanepowell.com,carchanoh@lanepowell.com

DATED this 2nd day of November, 2009.

        /s/ Alexander J. Lathrop
        Alexander J. Lathrop

[PROPOSED] ORDER GRANTING TEMPORARY
ANTI-ANTI-SUIT INJUNCTION - 3

OHS East:160612997.1
21470-3 DDK/DDK

JERRY MOBERG & ASSOCIATES
451 Diamond Drive
Ephrata, Washington 98823
Telephone (509) 754-2027