Jerry J. Moberg
Jerry Moberg & Associates
Attorneys at Law
451 Diamond Drive
Ephrata, Washington 98823
(509) 754-2027

Attorney for Plaintiff
TECK METALS LTD.

The Honorable Lonny R. Suko

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN -4 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TECK METALS LTD.;<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES,<br><br>　　　　　　Defendants. | Case No.  05-CV-0411-LRS<br><br>[~~PROPOSED~~] ORDER DISMISSING RSA DEFENDANTS |

Upon consideration of the motion by Plaintiff Teck Metals Limited ("Teck") to dismiss with prejudice certain settling London Market Defendants, limited to the Royal & Sun Alliance plc Defendants ("RSA Defendants"), and the supporting premises, the Court finds that the motion has merit. It is therefore

ORDERED that the motion is GRANTED. It is further

ORDER DISMISSING
RSA DEFENDANTS - 1

ORDERED that the RSA Defendants, listed below, be, and hereby are, dismissed with prejudice as defendants in this action. The RSA Defendants within the scope of this Order are:

1. Sun Insurance Office Limited, company number 00214387, registered in England and Wales at St. Mark's Court, Chart Way, Horsham, West Sussex, RH12 1XL, both in its own capacity, and on behalf of Ocean Insurance Company solely for the period August 29, 1975 to August 29, 1976 under policy number HK0327A00;

2. Sun Alliance Insurance UK Limited (formerly, British Law Insurance Company), company number 150650, registered in England and Wales at St. mark's Court, Chart Way, Horsham, West Sussex, RH12 1XL; and

3. Phoenix Assurance Limited, 1 Whythall Green Way, Whythall, Birmingham, B47 6WG.

It is further

ORDERED that Teck and the RSA Defendants shall respectively bear their own costs with respect to the claims dismissed pursuant to this Order.

Dated: 6/4/10

Lonny R. Suko
Chief United States District Judge