Case 2:05-cv-00411-LRS    Document 1068    Filed 08/02/11

The Honorable Lonny R. Suko

Jerry J. Moberg
Jerry Moberg & Associates
Attorneys at Law
451 Diamond Drive
Ephrata, Washington 98823
(509) 754-2027

Attorney for Plaintiff
TECK METALS LTD.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TECK METALS LTD.;<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES,<br><br>Defendants. | Case No. 05-CV-0411-LRS<br><br>ORDER DISMISSING CERTAIN LONDON MARKET DEFENDANTS |

Upon consideration of the motion by Plaintiff Teck Metals Limited ("Teck") to dismiss with this action with prejudice, and being advised that the remaining Defendants have made the payments required pursuant to a private settlement agreement between and among the parties remaining in this action, and being otherwise fully apprised in the premises, the Court finds that the motion has merit. It is therefore

ORDER DISMISSING CERTAIN
LONDON MARKET DEFENDANTS - 1

ORDERED that the motion is GRANTED, and that this action be, and hereby is dismissed in its entirety, with prejudice.  It is further

ORDERED that the parties shall respectively bear their own costs.

Dated:  August 2, 2011

*s/Lonny R. Suko*
_____
Lonny R. Suko
United States District Judge